## United States District and Bankruptcy Courts

**FILED**

**JUL 1 1 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Patricia D. Murden
10413 Wrensong Lane
Clinton, MD 20735
240-565-7061

VS

Department of Homeland Security
301 7th Street SW # 3621
Washington, D.C. 20530

Case: 1:14-cv-01176
Assigned To : Jackson, Ketanji Brown
Assign. Date : 7/11/2014
Description: Employ. Discrim.

### Complaint

I feel I have been in a hostile environment and discriminated against by the Department of Homeland Security, Immigration and Customs Enforcement, Office of the Chief Information Officer since January 2012 after being hired by this agency.  I have not been working in the position I was hired. I was not afforded the opportunity to participate in the alternate work schedule (AWS) as every other employee in the office. The treatment I received  after Open Heart Surgery performed October 7, 2011.
I am not allowed the same privileges as the other employees in the agency.

### Relief Requested

I am a retired veteran with over 20 years of military serve. I have a Master's degree in Psychology and I am certified to be an Assisted Living Facility Manager and I am treated as if I do not matter and do not have a brain. I am very disappointed with the management of OCIO and would like to be out of this agency all together.  I have no faith or confidence in the leadership in my current office.  If at all possible, I would appreciate being placed in some other office where my experience, talent, and hard earned education can be utilized.

I also feel I should be compensated for the time loss with this agency where my talents and experience could have used in a more positive way and for the loss of my health in not having adequate time to recover from surgery and the mental stress of dealing with being treated as a child or some dumb person with no brain or work ethics.   I am asking for $50,000.00 for mental anguish and to be removed from the environment I presently work in and be placed at Department of Homeland Security Headquarters. With over 30 years in supporting the government, I am hurt and disappointed to know that not only me but anyone can be treated as such and expected to just come to work and be happy with accomplishing nothing and to be treated differently than others in the office.

Patricia D Murden
10413 Wrensong Lane
Clinton, MD 20735

On October 4, 2011 I was interviewed by Paul Cunningham and Robert Thorne for the position of Mission Support Specialist was on October 4, 2011. I was told during the interview that I would be working for both Paul Cunningham and Rob Thorne as their support personnel where I would produce reports, keep their calendars, make travel arrangements, and other duties in support of the office of Information Assurance. I was not told that I would be anyone's Executive Assistant.

I received an email on the evening of the 5th tentatively offering me the position. I accepted the offer for the position of Mission Support Specialist. The next evening after accepting the position I was rushed to the Emergency Room where I was diagnosed with 95% blockage of the artery leading to my heart. I was medevac to Washington Hospital Center where I received emergency bypass surgery. I was in the hospital for 5 days. When released from the hospital I was told by the surgeon that it would take anywhere from 6 months to a year to feel anywhere close to normal. I was also told to take it easy, get rid of salt and stress from my life. I was then release back to the care of my attending cardiology, Dr. leon Dawson. Dr. Dawson has been and continues to be my attending cardiologist.

My initial Entry on Duty (EOD) was to be the 19th of December. I called and explained to Megan An, the Human Resource Specialist that I had underwent emergency surgery and that I would not be able to report December 19th due to still recovering from surgery. My Entry on duty date was then changed to 15 January, 2012. I spoke with my cardiologist and he did not agree with me returning to work but I explained to him that I was out of leave and that I would be on Leave without pay (LWOP) status if I did not go to work. I also told my cardiologist that I would have an opportunity to have a break during the week because of Alternate Work Schedule (AWS) that the Federal Government allows employees to participate in. My cardiologist advised me to take it slow and not to over exert myself and avoid stress at all cost. My cardiologist enrolled me in Cardio Rehabilitation for 36 weeks a requirement of my recovery which began in January instead of November due to the misunderstanding between Tricare (my insurance) and my Primary Care Manager at Malcolm Grow Medical Center at Andrews Air Force Base.

I reported to the office of Information Assurance Division on the 17th of January around 3:30 pm after completing orientation. When I arrived at the office I was told that I needed to complete a telework agreement and sign for a laptop and Blackberry. The morning of the 18th, I was greeted by Rob Thorne and told that since the interview, it had been decided that with my skills I would be better utilized working for the Chief Information Security Officer and the Deputy Information Security Officer. The morning of the 18th, I met with the Deputy Security Officer to see what he expected of me. At this time I asked the deputy security officer which day he would prefer I took for my AWS and was told that Monday would be good because that was the day he worked from home. I was not told that I would not be allowed to participate in the AWS program. Assuming that I would be participating in the alternate work schedule program, I worked a full 9 and ½ day schedule for 2 weeks. During this time I repeatedly asked my supervisor, Pat Thorne what was my schedule and was not told that I would not be allowed to participate in the alternate work schedule program until Sunday evening after the first pay period where I had worked the 9 and ½ day schedule the entire first pay period. By this time I had already overdone it as far as my cardiologist was concerned. I was unable to come to work the following Tuesday due to

complications of the surgery. I had to call in sick. I was unable to get out of bed because of the pain and tightness in my chest which happens when I am overworked or overly stressed.   At this time I asked Pat Tabourn if I could be enrolled in the Leave Donor Program because I had used all my sick and annual leave before leaving Department of Transportation and that I had already had 2 weeks of leave without pay. Pat told me that she would check into it. It took more than 6 weeks and me being persistent to be enrolled in the Leave Donor Program.  .

I met with Patricia Tabourn, which I was told was my immediate supervisor on January 19th. I explained to Pat I had noticed that my title had been changed from Mission Support Specialist to Executive Assistant and that I was not happy about that because I had explained to both Paul Cunningham and Rob Thorne that I was trying to get away from that so that I can do other things and broaden my experience.  Pat stated that she was not in the interview (which she wasn't) and that she regretted that this has happened to me.  After a few days Pat asked for a copy of my resume to see if there were any other skills that the organization could use and that she will work to see what if anything she could do.

On the 31st of January, Pat asked to meet with me and we went to the 8th floor break area.  Pat expressed her apology for the change in my title and explained that she was not there for the interview but she was trying to work on my duties at the time.  I shared with Pat that I was recovering from emergency bypass surgery which happened after I was offered the job.  I also asked Pat once again about the Leave Donor Program.   In the following days Pat emailed me copies of my duties.  7 February I had an appointment with my Cardiologist where he typed up and signed a letter to be given to my employer to cut back on my hours because it was causing undo stress and also because I was too exhausted each day to make cardio rehab after working a full hour of work and he required me to participate in cardio rehab. I emailed the letter from my cardiologist to Pat because she was working from home that day.  I asked her if she wanted me to give it to Tom DeBiase since she was out and he could get right on it. Pat told me that she would take care of it. The letter was given to Pat on the 8th of February which was a Wednesday.  By Friday, 10 February, I had heard nothing about the letter.  By Monday, February 13th I was upset because nothing had been said or done about a letter from my cardiologist so I went to Employee Relations. I spoke with Michelle Carter and told her that I was very upset that nothing had been done about the letter from my doctor. Yes, Pat had told me that she had taken the letter to HR and was waiting for an answer from them but in the meantime the request of my cardiologist was being ignored and my health was in jeopardy.  About an hour after my conversation with Michelle,  Pat came to me and said that it had been decided that it would began the following day working 6 hours a day every day until a decision had been made from HR about reasonable accommodations. The agency would advance me 40 hours of leave to cover the 2 hours a day I would be out.  I received the attached email from Tanya Shorter stating that the medial officer of ICE was examining the letter and I would hear something soon.  February 15th I began working 6 hours a day as requested by my cardiologist.  I asked Pat again about my request to be placed on the Leave Donor List. I was told once again that she would check into it and get back with me.

On 21 February, I sent an email to Pat asking about the Leave Donor Program once again and was told once again that she would check into it. Pat replied saying that Marie Howell, the office HR person. Marie was working on this. Marie's response was "WMD is getting the list of paperwork required

together now along with the next steps." On 28 February I sent Marie another email asking about the Leave Donor Program and asking if she knew why it was taking so long. I attached a copy of the OPM 630 in case it was need. Marie responded by saying that many things take time and that she was waiting guidance from the home office in California and that she had a meeting with HR the following day and would ask about it. On 29 February I was told by email from Marie that I needed to contact Lizet in Laguna, CA to work through the process and get on the list. February 1st while on my way to work, I became violently ill and had to be rushed to Southern Maryland Emergency Room where I was kept for 2 days due to complications from the bypass surgery. I returned back to the office Tuesday, February 6, 2012. Once again I am using advance leave instead of using leave that could have possibly been donated if I had been placed on the list.

March 8, 2012, my IDP was somewhat completed. I was given the IDP to go over and sign then was told by Pat that she and Dennis Martin was planning to add some things to it and then she would sign it. I have not seen that document since then. I am assuming that it was never completed. I was not happy with the IDP because there March 14, 2012, Pat sent an email stating that we could begin work on completing my PWP and IDP within the next 2 weeks. April 20, 2012, my April 23, 2012, I finally sat down with Pat to go over my Mid-Year Review. April 26, 2012, My IDP was signed (attached). I have yet to see the additions or the IDP with signature.


June 14, 2012, I asked Pat Tabourn if there was some reason why I was not able to do the Alternate Work Schedule (AWS) as is every government employee in the agency has been given that option especially since I am not the Executive Assistant. I was told by Pat that she would check with Jeff Eisensmith and Tom DeBiase and get back to me. I asked Pat June 14 if she had received an answer and she said she had talked with Jeff but she still needed to talk with Tom and that she would get with him at the Team Building Workshop on the 21 and 22nd.

It is now June 26, 2012 and Pat has not given me an answer either way. I get the feeling that either she is not sure how to deal with me or she thinks that maybe if she ignores me, I will stop asking or she does not understand the importance of taking care of people that work for her. I feel that I tried every way I can to get more involved in this organization and not complained or given Pat or anyone else in the organization reason to ignore me. I have asked all the Directors and some of the other employees if I can do anything to help them and have not received anything or either was told that they would get back to me and to this day, after being with the agency soon to be 7 months, I should not be asking for work nor should I be discriminated against Yes, I do feel I have either been discriminated against with how the situation was handled with the Cardiologist Request and the issues with the AWS.

I requested leave for the 6th of July for a doctor's appointment and was asked if I planned to take leave without pay. I have never had a supervisor that blatantly disregards the health or wellbeing of an employee. I have so many other medial issues that I have not even brought to her attention because I did not want to be a problem nor did I want to be shunned. I just went along with what I was being told just to keep peace in the work environment and to not be discriminated against such as having a back

problem which causes me severe pain after sitting for so long even when I was told that the front desk needed coverage at all times. Knowing that I need to get up and walk around at times to keep from causing more pain.

As a GS-15, I do not understand why any decision made on my behalf has to be ran by Tom DeBiase and Jeff Eisensmith and if it does, why does it take so long to get an answer. When I submitted the request for leave on the 6th of July, an email was forwarded to Shelia Bland to discuss with me, I assume about the leave standards but Shelia did not have an answer at the time. Why was this even discussed with Shelia and not the decision determined by my supervisor? I have never been in a place where a GS-15 cannot make a decision without checking with someone else.

I feel as if I have and still am being discriminated against from the very first day. I was rushed to complete and sign AWS and Telework paperwork and almost 3 weeks later after I had already worked the required amount of days to have an AWS day, I was told I could not participate by virtue of my position. Everything I do is done on computer such as consolidating reports, keeping up the leave calendar (which is the extent of every day) why am I not afforded a day off at times? Tom DeBiase and I talked the 2nd day I was in the agency and he did not have an issue with me participating in AWS. I asked him which day he would prefer I take and he and I agreed that if I took the same day he was off would be good, this way he would not miss me being here. Note: I do not work for Tom DeBiase or Jeff Eisensmith. Everyone that started the day I started in the agency immediately was given the option of participating in AWS and teleworking. I was told by Pat that I could work an extra hour each day and be given comp time for the extra hours if I needed a day off.

At this point I am disappointed with the treatment I have received from my supervisor. Yes, it is beneficial to take care of the customers but the lack of caring for employees is part of being a supervisor. And, having an employee come to work every day and have nothing to do but is not allowed to participate in the AWS is mind-blowing to me. I feel as if I have just been blown off each time I have requested each day for something to work on. This is a supervisor that can and does scheduled weekly one on one meeting with other employees who work for her but will not set a date and time to meet with me and stick to that time.

Now that Shelia Bland, who was a contractor when I first started, has transferred over from a Contractor to a Federal Employee, I have been handed off to her. Shelia and I have met more than in the last few months that Shelia has been a federal employee than Pat and I have over the entire 7 months. I mentioned something to Pat yesterday about taking leave and Pat passed it on to Shelia the entire email I had sent to her without even asking me if I mind if she did that. I was told that Shelia was the Team Leader for the Mission Support Group but I was not told that Shelia was now my immediate supervisor, I guess that was meant to be assumed as has everything else been since I have been here. I wanted to add that when I first arrived at ICE, Shelia (another Mission Support Specialist), who was at the time a contractor was allowed to work from home when Jeff Eisensmith was on leave or out of town. She was out other times but I do not know the reason. There is a contractor working in her old position that has been told that she cannot work from home and has to find someone to work in her place if she is planning to be out for any reason.

What I don't understand is if I do not work for the Chief Information Security Officer or the Deputy, why am I not able to work from home or get an AWS???? Everyone government employee in this office is afforded the opportunity for AWS and Telework and was not told that they had to be with the organization a year before they could participate. I do understand that I was hired as part of the administrative team but all of the other Administrative personnel in ICE is authorized AWS. Once again my case is different.

Also, this is the first place I have ever been where the boss, the Chief Information Security Officer is allowed to work from home and get an AWS but the administrative personnel is not, especially when I was told by the deputy the second day I was on duty that it would not be a problem . The reason why I am harping on the fact that I am not allowed to work from home or get and AWS is that I am still recovering from major surgery going against my cardiologist advice especially right now. My doctor told me to stay out of the heat as much as possible but how would I be able to do that when I have to come to work every day.  If I were at least able to have an AWS day I may be able to choose that day on the hottest day of the week and avoid the dangerously hot and humid day.

I am still appalled that the agency was not even willing to work with me and allow me to work from home for 2 and a half hours when I needed that time for rehab. Yes, I would have had to be in rehab for an hour but I could have gone home right after that and made up the 2 hours away from the office. I out of the office anyway so why was it at least not offered to me to help me not lose all my leave and go in the hole for leave. Right now I am negative 32 hours of Annual Leave and negative 22 hours of Sick Leave.  Especially when we have people that take and change their work from home days as they please, work from home and take AWS day in the same week, and are allowed to take the AWS and work from home day anytime including in the next pay period.

My biggest complaint is that I am in the office every day Monday through Friday and I may complete 3 hours of productive work the entire week.  If my position is so important why I am not gainfully employed at least one day out of the week?  My weeks  has been the same since the very first day.  I do not care what others do in the office I just believe in it being fair throughout the entire office.  I was told that someone has to be here during core hours which are the hours of 8:00am and 5:00pm. I have always thought that went for the person in charge and not just the assistance.  No, I do not stay here until 5:00pm but the contractor that sits next to me and she does what I do most days, look for things to do because she does not have enough work to keep her gainfully employed every day.

I spoke with Michelle Carter, the Management Program Analyst for the Human Capital Region.  I was told that Michelle was the person to speak with if there were issues with management or personnel.  After speaking with Michelle and allowing her to read this, Michelle asked me if I wanted her to talk with Pat or would I like to talk with Pat.  I told Michelle that I had spoken with Pat on several occasions and nothing has changed but she can do what she thinks is best.  I also told Michelle that it was not going to stop at her.  Michelle spoke with Pat and Pat asked me the next morning if she could speak with me.

 My supervisor, Patricia Tabourn sat with me at 7:45 Thursday June 28 in the break room upstairs on the 8th floor of our building.  Pat started the conversation by saying that she apologize if I feel that she

ignores me, that she doesn't mean to come across that way. Pat said that she is an introvert and that when she gets into the office she is so focused on the mission that she doesn't realize that she is ignoring me or not paying attention to what I may or may not be doing. I asked Pat why did she not think I wanted to feel that way when I get to work instead of dreading coming to work because I know that I have nothing to do.

I am very disappointed in the leadership of IAD. I feel this way because every director and supervisor passes the area where I am located almost daily when they are in the office and is aware that I have nothing to do. What type of leadership allows that to happen? I have been told that there was no money set aside for training for personnel that came into the organization after the fiscal year so there are no funds for training. I have asked around to the directors and other employees to assist them in any way but no one has responded. When I was interviewed for the position of Mission Support Specialist, I was asked why I wanted to leave my current position. I explained that I did not feel challenged and that I wanted the opportunity to do more than being an Executive Assistant. I truly enjoyed my former position, but being an Executive Assistant was not challenging enough anymore.

Rob and Paul told me that they were impressed with me wanting to do more with my life, with my over 20 years of military service, and with the Master's Degree in Psychology I had earned. They expressed that I would be a great asset to the organization. How is it that someone with a Master's Degree and over 20 years of military service or anyone for that matter is expected to sit at a desk all day every day and do absolutely nothing?

I reported to this organization after suffering a serious medical emergency and it will take time for me to fully recover. The only thing I asked was to be given consideration in being allowed to work with the medical profession in making my recovery a success. I was not asking for anyone to give me anything, I was just asking to be treated as every other employee in the organization. I see people in the organization being allowed to leave early, change their work from home day, work from home when their child is ill or they are ill and not have to make up that time. I feel I am being discriminated against because of my medical issues of which I had no knowledge of being accepting the offer for this position. I have only been allowed to take advance leave in order to make appointments or any medical issues related to my condition.

It took almost 2 months to be enrolled in the Leave Donor Program even though I asked to be enrolled the first day I arrived in the organization. I have completed cardio rehab but will have medical appointments for some time because of my condition. I was told that I was not allowed to participate in the Alternate Work Schedule because of my position but that I could work an extra hour extra each day until I earned enough to take a day off when needed which means I will be away from the office anyway. I find this compromise to be quite confusing. Sounds like the same concept to me.

Why was I given a laptop and blackberry, forced to sign a telework agreement, and alternate work schedule paperwork when I wasn't going to be authorized to use any of it. Sounds like a waste of money issuing out laptop to people that are not allowed to use them. I understand there may be emergencies

where I may not be able to get into the office but as considered to be "mission essential" I must find a way.

January, 2014, OCISO began with the reorganization process. I was told that I was reassigned to Business Resource Management (BRM) and matrixed back to the Office of the Chief Information Officer (OCIO). I would still work for OCISO but that my supervisor would be Kalinka Chilar at the time who is now Milton Johnson due to Kalinka leaving the agency. My leave request, Telework Agreement, PWP, and IDP would be completed by Milton Johnson but I would still be doing the same work for the same people. I was also told that all of the Administrative personnel were grouped into on section so as to support all of OCIO.

As of March 5, 2014, Milton Johnson approved my Telework Agreement for teleworking every Friday. June26, 2014, my supervisor Milton Johnson came to me stating that management of OCISO was not happy with me teleworking but that he needed to get clarification and would get back with me.  June 26th Milton informed me that indeed management of OCISO did not want me to telework.  I asked Milton why they had that authority since he was my supervisor and he had given me written permission to telework. He informed that he was just my supervisor and he went along with whatever OCISO's management asked since I worked directly for them.

July 2nd I asked Mr. DeBiase if he had indeed told Milton that he did not want me to telework. He stated that he had indeed stated that to Milton. I asked why and he said, "I need you here in the office to take care of the administrative work."  Teleworking was agreed by my supervisor, Milton Johnson and Patricia Tabourn (my immediate supervisor, I seem to have so many) because there were times I have been overwhelmed with deadlines and work and being in the office with all the distractions prevented me from completing the task. Patricia Tabourn said herself that teleworking is a perfect way of getting things done that you can't get to when in the office because of distractions.  Teleworking gave me the opportunity to get caught up on things such as Blue Folder Tracking Process, updating directories, and WebTA updates. With people constantly interrupting and other issues coming up in the office that could be handled differently but since I am in the office it is expected of me to take care of it (such as finding paper for the printer, booking conference room which can be and is done while teleworking (everyone is supposed to be booking their own conference rooms), and locating supplies which are in a central area in the4 office for all to be able to have access.  Every person in the office of OCISO is allotted the option to telework. Some choose to and some do not but they are allowed. Mr. DeBiase himself teleworks as do all the other managers and key staff.

This is just another issue that has come up where I feel double standards are present. I am not the only administrative personnel in the office of OCISO.  I have yet to be given an updated disapproval.

There are personnel in the office who have been allowed to telework to be able to stay home and take care of dependents, telework because of the distance or the commute, sickness and repairs even though that is not the purpose of the Telework Agreement. The one day out of the week I was approved for teleworking is the same day Mr. DeBiase is either on Alternate work schedule (AWS) or he himself is teleworking.

Since joining this agency I have noticed that I have not been allowed the same privileges others have. I asked if I could come into the office at 6:00 so that I could leave early. I was told that I could not do that because of "core hours" but others have come in as early as 5:00am and left at 12:00 because they were taking care of a sick animal. Another employee had surgery and was allowed to work from home for weeks at a time. Some Employees arrive at work anywhere from 45 minutes to an hour after I arrive and leave anywhere from 45 minutes to an hour before I do and nothing is said or done.

When I filed the complaint with the IG and received no response I requested to be moved from the section and was told there was no place for me to go in the agency and that I should maybe consider looking for another job, which I have done but I am still in the same section in the same agency.  I am treated like someone right out of high school and expected to sit at my desk all day and answer a telephone that may ring twice in one day.

I am a retired veteran with over 20 years of military serve. I have a Master's degree in Psychology and I am certified to be an Assisted Living Facility Manager and I am treated as if I don't matter and do not have a brain. I am very disappointed with DHS and would like to be out of this agency all together.  I have no faith or confidence in the leadership in my current office.  If at all possible, I would appreciate being placed in some other office where my experience, talent, and hard earned education can be utilized.  I am also requesting $50, 000.00 in compensation for mental anguish and lack of time loss using my experiences and talent over the past 2 ½ years.